

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-13-00157-CR &
06-13-00158-CR

MICHAEL J. GALLOWAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court 4 of Dallas County
Dallas County, Texas
Trial Court Nos. F-1054301-K & F-1054302-K

Before Morriss, C.J., Carter and Moseley, JJ.

# MEMORANDUM OPINION

Michael J. Galloway appeals the revocation of his deferred adjudication community supervision in our cause numbers 06-13-00157-CR and 06-13-00158-CR. The clerk's record that has been filed in this Court does not include a certified bill of costs. As a result, Galloway argues in each case that the record is insufficient to support the trial court's order that he pay court costs.

"[A]n officer of the court shall certify and sign a bill of costs stating the costs that have been accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2006). Costs may not be collected from the person charged with the costs until a written bill containing the items of cost is produced and signed by the officer who charged the cost or the officer entitled to receive payment for the cost. TEX. CODE CRIM. PROC. ANN. art. 103.001 (West 2006).

The precedent of the Dallas Court of Appeals requires us to order that the clerk's record be supplemented with a certified bill of costs. Under the authority of Rule 34.5(c)(1) of the Texas Rules of Appellate Procedure, we order the Dallas County District Clerk to prepare and file, within ten days of the date of this order, supplemental records containing a detailed itemization of the costs assessed in each of these cases. *See* TEX. R. APP. P. 34.5(c)(1).

IT IS SO ORDERED.

BY THE COURT

Date: April 17, 2014